IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CRAWFORD, R. <br> individually and on behalf <br> of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CERNER CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No.: 4:17-cv-00015-RK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AMENDMENT TO COLLECTIVE ACTION SETTLEMENT AND RELEASE BETWEEN PLAINTIFF AND DEFENDANT

Pursuant to Paragraph 53 of the Collective Action Settlement and Release between Plaintiff and Defendant in the above-captioned case, executed on July 13, 2017 by Plaintiff and Defendant ("Settlement Agreement"), the parties have agreed to modify the Settlement Agreement to more accurately reflect their agreement on certain items. First, the parties wish to modify paragraph 37(c)(vi) to clarify that Plaintiff Wendy Milton's Service Award also will be paid in addition to her Net Settlement Award and reported on an IRS 1099 form. Second, the parties wish to clarify that the release in paragraph 38, which should apply both to the named Plaintiff and Wendy Milton, was meant to be broader than the release in paragraph 39, which applies to all other participating collective class members. Specifically, Plaintiffs Crawford and Milton are releasing all wage and hour claims against Cerner and the remaining class members are only releasing their wage and hour claims arising out of the Crawford litigation (and not wage and hour claims against Cerner relating to jobs or time periods other than those at issue in the Crawford litigation).

The parties, therefore, amend the Settlement Agreement as follows:

Paragraph 6 – "Service Award" means the $5,000 service award payment paid to Named Plaintiff, Rhonda Crawford, in her individual capacity for her service as the class Representative and for her broader release of claims as described in Paragraph 38 and the $2,500 service award payment to early opt in Plaintiff Wendy Milton, in her individual capacity for her service to the class and for her broader release of claims as described in Paragraph 38.

Paragraph 37(c)(vi) – The Service Award will be paid in addition to Named Plaintiff and Wendy Milton's Net Settlement Awards and shall be reported to the IRS and to the payees, to the extent required by law, under the payees' names on IRS 1099 Forms.

Paragraph 38 – Upon the Effective Date, and except as to such rights or claims as may be created by this Agreement, Named Plaintiff and Wendy Milton shall, in exchange for the consideration recited in this Agreement, on behalf of themselves and on behalf of their current, former, and future heirs, executors, administrators, attorneys, representatives, agents, and assigns, hereby fully release and discharge Defendant and all of its respective past, present, and future parents or other affiliated corporations, divisions, subsidiaries, partnerships, partners, officers, directors, shareholders, employees, agents, attorneys, predecessors, successors, and assigns (and the officers, directors, shareholders, employees, agents, attorneys, predecessors, successors, and assigns of all such parent or other affiliated corporations, divisions, partnerships and subsidiaries) (collectively hereinafter the "Releasees") from any and all known or unknown wage and hour claims, causes of action, damages, liabilities, debts, penalties, obligations, and demands, including, but not limited to, any and all claims, whether known or unknown, based on the FLSA, the MMWL, and/or any other federal, state or local constitution, regulation, law (statutory or common), or legal theory, and any claims for attorneys' fees, costs, interest, and statutory and civil penalties in existence at any point in the past, up to the Effective Date of this Agreement.

DATED: 11/13/17

_____
RHONDA CRAWFORD

DATED: 8 November 2017

_____
CERNER CORPORATION

Name: Daniel P. Devers

Title: Chief IP Officer & Assistant Secretary