# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RHONDA CRAWFORD, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 4:17-00015-CV-RK |
| v. | ) ) |
| CERNER CORPORATION, | ) ) |
| Defendant. | ) |

## ORDER GRANTING MOTION TO APPROVE FLSA SETTLEMENT

Before the Court is the Plaintiff's Unopposed Motion and Memorandum in Support of Motion to Approve Settlement (the "Motion"). (Doc. 36). The parties' submitted their settlement agreement (doc. 36-1) and an amendment to the settlement agreement for approval (doc. 39). After reviewing the record, the Court finds that this case involves a bona fide wage and hour dispute, that the proposed settlement, including the amendment, is fair and equitable to all parties, the service awards are fair and equitable, and that the proposed amount of attorneys' fees is reasonable. Consequently, it is hereby ORDERED that:

1. the Motion (doc. 36) is GRANTED; and
2. the Collective Action Settlement and Release Between Plaintiff and Defendant is APPROVED; and
3. The proposed Notice of Class Action Settlement is also APPROVED; and
4. Defendant shall issue payment to the Settling in accordance with the Agreement; and
5. Class Counsel's application for an award of attorneys' fees and reimbursement of costs as set forth in the Settlement is hereby APPROVED and Defendant shall issue such payment in accordance with the Agreement; and
6. Defendant shall issue payment to the Settling in accordance with the Agreement; and
7. The Court finds, pursuant to Fed. R. Civ. P. 54(b), that there is no just reason for delay, and directs the Clerk to enter this Order of Approval.

8. This litigation is hereby dismissed in its entirety with prejudice for the Settling Class and without costs to any party, except to the extent otherwise expressly provided in the Agreement. This Court intends this Approval Order to be "Final" within the meaning of the Federal Rules of Civil Procedure and the Federal Rules of Appellate Procedure.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: November 15, 2017