IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA CRAWFORD, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) CERNER CORPORATION, ) ) Defendant. ) | Case No. 4:17-00015-CV-RK |

## ORDER ADMINISTRATIVELY CLOSING ACTION

Now before the Court is the parties' Joint Status Report regarding arbitration status. (Doc. 43). On October 11, 2017, the Court compelled arbitration of claims asserted by three opt-in Plaintiffs (the "arbitration claims"). (Doc. 37.) The Court then stayed the action as to those claims pending arbitration and directed counsel for the parties to file a joint status report every 90 days until the arbitration claims are finally resolved. (*Id.*) At that time, claims of the named plaintiff and other opt-in plaintiffs (the "remaining claims"), which were not subject to arbitration, continued and were not subject to the stay. Subsequently, the remaining claims were settled and dismissed with prejudice. (Doc. 41.) As provided in the most recent status report, the three opt-in plaintiffs have submitted individual arbitration demands to the Cerner Arbitration Coordinator; and "the parties have had preliminary discussions about the management of the arbitrations, the selection of an arbitrator and the potential for settlement." (Doc. 43.) Additionally, Defendant has provided information on an informal basis "to facilitate discussions about the possibility of early resolution of the claims." (*Id.*)

Therefore, it appearing that there are no issues for the Court's resolution pending completion of arbitration, the Court **REOPENS**[1] and **ADMINISTRATIVELY CLOSES** this action. In addition, the Court **VACATES** its prior directive for 90-day status reports (doc. 37), and instead, **DIRECTS** counsel for the parties to file a joint status report within ten (10) days of final resolution of the arbitration claims.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: April 13, 2018

---

[1] After the remaining claims were dismissed with prejudice, the case was inadvertently closed, despite still having the case stayed as to the pending arbitration claims. Therefore, the Court reopens this case at this time to enter this Order.